IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ APR 1 4 2005 ★

BROOKLYN OFFICE

IN RE:  ASBESTOS PRODUCTS
LIABILITY LITIGATION (No. VI)                    :

This Document Relates To:          :     CIVIL ACTION NO.   MDL 875
Kentile Floors, Inc.
Bankrupt Defendant

                                   :

        ALL ACTIONS                :
   (See attached schedule
      for case list)               :


## O R D E R   O F   D I S M I S S A L

DEFENDANT, Kentile Floors, Inc. having declared bankruptcy during the pendency of the asbestos products liability litigation, and having numerous pending actions against it in MDL 875, IS HEREBY DISMISSED, WITHOUT PREJUDICE, from all pending MDL 875 actions; the applicable statutes of limitations ARE TOLLED, and the plaintiffs are entitled to request reinstatement from this Court at a further date should circumstances so warrant.


BY THE COURT



Date: 4/1/05

Charles R. Weiner, Judge

A TRUE COPY CERTIFIED FROM THE RECORD

DATED: 4-11-05

ATTEST:

DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

## Civil Action(s)

**-- MDL 875 --**

MD-1-04-2629

NYE-1-02-757

NYE-1-03-3190

NYE-1-04-108

NYE-1-04-1523

NYE-1-04-1524

NYE-1-04-1806

NYE-1-04-1915

NYE-1-04-1918

NYE-1-04-1948

NYE-1-04-1949

NYE-1-04-1950

NYE-1-04-2012

NYE-1-04-2013

NYE-1-04-2014

NYE-1-04-2133

NYE-1-04-2134

NYE-1-04-2405

NYE-1-04-2456

NYE-1-04-2457

NYE-1-04-2504

NYE-1-04-2615

NYE-1-04-2754

NYE-1-04-2780

NYE-1-04-2781

NYE-1-04-2782

NYE-1-04-2829

NYE-1-04-2859

NYE-1-04-2900

NYE-1-04-2955

NYE-1-04-2958

NYE-1-04-3008

NYE-1-04-3178

NYE-1-04-4066

NYE-1-04-4067

NYE-1-04-4186

NYE-1-04-4187

NYS-1-04-8119

**REPORT FILTERS**

MDL Docket 875 - Asbestos PL (No. VI)

Limited To : Active Involvement

The actions listed on this report are limited to Only those actions that have been transferred to the transferee district.

Key => Civil Actions enclosed by {} have been closed.  a * indicates that the party has been dismissed from the case.

3